March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Heniel Seldana

                     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____( __ )( __ )
21 MAG 747

Defendant __Haniel Seldene__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

☒ Initial Appearance/Appointment of Counsel

☒ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Haniel Seldene_
Print Defendant's Name

_____
Defense Counsel's Signature

_Michael D. Horn_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/20/21
Date

_Stuart D. Aaron_
U.S. Magistrate Judge